DOCKET No. 17CR638    DEFENDANT Joel Margulies

AUSA Robert Allen    DEF'S COUNSEL Julia Gatto
☐ RETAINED ☒ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT
  TO SD. 10-25-17

☐ Rule 5  ☒ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
DATE OF ARREST 10-25-17    ☐ VOL. SURR.
TIME OF ARREST  AM          ☐ ON WRIT
☐ Other: _____
TIME OF PRESENTMENT 3:20 pm

**BAIL DISPOSITION**
                                                                    ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 50K PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: Home 723 Cherokee Court Murfreesboro TN
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ Continental U.S.
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☒ AS DIRECTED BY PRETRIAL SERVICES
☒ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 11-15-17

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Refrain from conduct in complaint
No contact w/ co-def except w/ atty
Confirm what is necessary to get money
out of IRA acct

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☒ CONFERENCE BEFORE D.J. ON 11-2-17 11am
☐ DEF. WAIVES INDICTMENT
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 11-2-17

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED           ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED  ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE: 10/25/17

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
Rev'd 2016 IH-2