**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building<br>
One Saint Andrew's Plaza<br>
New York, New York 10007

December 26, 2018



RECEIVED
DEC 26 2018
JUDGE SWEET CHAMBERS

**BY ECF**

The Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Margulies*, S2 17 Cr. 638 (RWS)

Dear Judge Sweet:

The Government writes, on behalf of the parties, in connection with the Court's December 26, 2018 Order (Dkt. No. 109) regarding defendant Joel Margulies' motion for an adjournment of the January 28, 2019 trial date. Specifically, the Court ordered that, "[i]n the event that a motion to sever is made by January 28, the trial date will be converted to a pretrial conference." (Dkt. No. 109). In light of the Court's order, the Government has conferred with defense counsel, and the parties jointly propose the following briefing schedule for the defendant's motion to sever:

- January 4, 2019: Defendant's Motion to Sever
- January 18, 2019: Government's Response to Defendant's Motion to Sever
- January 25, 2019: Defendant's Reply, if any
- January 28, 2019: Pretrial Conference

The parties also request that the current January 9, 2019 pretrial conference date be reset for the proposed January 28, 2019 conference date.

Finally, the parties respectfully request clarity regarding a new trial date, and ask that the Court suspend the current pretrial filings and disclosure deadlines (*see* Dkt. No. 82), which were set based on a January 28, 2019 trial date, in light of the uncertainty regarding the current trial date. Once a new trial date is set, the parties will confer and propose new pretrial filings and disclosure deadlines based on the new trial date. For the reasons set forth in the Government's

USDC S
DOCUME
ELECTRON.
DOC #: _____
DATE FILED: 1/4/19

So ordered
Sweet USDJ
1.3.19

Case 1:17-cr-00638-RWS   Document 115   Filed 01/04/19   Page 2 of 2
Case 1:17-cr-00638-RWS   Document 110   Filed 12/26/18   Page 2 of 2

Page 2

letter of December 21, 2018 (Dkt. No. 108), the Government respectfully submits that a trial date be set for as close as practicable to the pre-trial conference of January 28, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN  
United States Attorney  
Southern District of New York

By: _____/s/_____  
Christine I. Magdo  
Negar Tekeei  
Assistant United States Attorneys  
Southern District of New York  
(212) 637-2297 / 2482