UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

- against -

JOEL MARGULIES,

                Defendant.
------------------------------------------X

17 Cr. 638 (RWS)

O R D E R



**Sweet, D.J.**

On January 28, 2019, the parties appeared for a motion hearing and conference at which the following tentative dates were set:

    I.    <u>Motions in Limine</u>: Returnable **May 27, 2019**

         a. Opening Briefing: **May 3, 2019**
         b. Opposition Briefing: **May 17, 2019**
         c. Reply Briefing: **May 24, 2019**

    II.   <u>Trial</u>: **June 3, 2019**

Upon closer review of the Court's calendar, however, the above dates are modified as follows:

    I.    <u>Motions in Limine</u>: Returnable **May 20, 2019**

         a. Opening Briefing: **April 26, 2019**
         b. Opposition Briefing: **May 3, 2019**
         c. Reply Briefing: **May 10, 2019**

    II.   <u>Trial</u>: **May 27, 2019**

It is so ordered.

New York, NY
January 2?, 2019

_____
ROBERT W. SWEET
U.S.D.J.