UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,

               Plaintiff,

   - against -

JOEL MARGULIES,

               Defendant.
-------------------------------------X

17 Cr. 638 (RWS)

O R D E R

**Sweet, D.J.**

Please note that the briefing and trial schedule has been modified as follows:

   I.   <u>Motions in Limine</u>: Returnable **May 13, 2019**

        a. Opening Briefing: **April 19, 2019**
        b. Opposition Briefing: **April 26, 2019**
        c. Reply Briefing: **May 3, 2019**

   II.  <u>Trial</u>: **May 20, 2019**

It is so ordered.

**New York, NY**
**February** _6_, **2019**

                                            **ROBERT W. SWEET**
                                                **U.S.D.J.**