

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2019

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States* v. *Margulies*, S2 17 Cr. 638 (JMF)

Dear Judge Furman:

  The Government writes, on behalf of the parties, to respectfully submit the following joint proposed schedule for disclosures and motions in advance of the July 16, 2019:

- June 10, 2019:  Government expert disclosures and 404(b)

- June 17, 2019:  Defense expert disclosures

- June 24, 2019:  Government exhibit list and exhibits

- June 24, 2019:  Final pretrial submissions (requests to charge, proposed *voir dire*, verdict sheet)

- June 24, 2019:  Motions *in limine*; responses due July 1, 2019; replies, if any, due July 8, 2019

- July 1, 2019:  Government witness list and materials pursuant to 18 U.S.C. § 3500

- July 8, 2019:  Defense witness list, exhibits, and Rule 26.2 materials

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney
            Southern District of New York

        By: /s/ Negar Tekeei
            Christine I. Magdo / Negar Tekeei
            Assistant United States Attorneys
            Southern District of New York
            (212) 637-2297 / 2482

cc: Brent Horst, Esq. (via ECF)
  *Counsel for Joel Margulies*