

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2019

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Margulies*, S2 17 Cr. 638 (JMF)

Dear Judge Furman:

    The Government writes, on behalf of the parties, to respectfully submit the following joint proposed schedule for disclosures and motions in advance of the July 16, 2019:

- June 10, 2019:  Government expert disclosures and 404(b)
- June 17, 2019:  Defense expert disclosures
- June 24, 2019:  Government exhibit list and exhibits
- June 24, 2019:  Final pretrial submissions (requests to charge, proposed *voir dire*, verdict sheet)
- June 24, 2019:  Motions *in limine*; responses due July 1, 2019; replies, if any, due July 8, 2019
- July 1, 2019:  Government witness list and materials pursuant to 18 U.S.C. § 3500
- July 8, 2019:  Defense witness list, exhibits, and Rule 26.2 materials

                                                Respectfully submitted,

SO ORDERED. The Clerk of Court is directed to terminate Docket No. 135.

                                                GEOFFREY S. BERMAN
                                                United States Attorney
                                                 Southern District of New York

*[Signature]*

April 29, 2019

                       By:   /s/ Negar Tekeei
                                Christine I. Magdo / Negar Tekeei
                                Assistant United States Attorneys
                                Southern District of New York
                                (212) 637-2297 / 2482

cc:  Brent Horst, Esq. (via ECF)
     *Counsel for Joel Margulies*