USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

        -v.-                                  :     S2 17-cr-638 (JSR)

JOEL MARGULIES,                    :

        Defendant.                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Jed S. Rakoff, U.S.D.J.:

## JURY VERDICT

**Count 1: Conspiracy to Commit Wire Fraud with Respect to All American Pet Company**

On Count One, the charge of conspiring to commit wire fraud with respect to All American Pet Company, we the jury find the defendant:

    Guilty __✓__          Not Guilty _____

**Count 2: Wire Fraud with Respect to All American Pet Company**

On Count Two, the charge of substantive wire fraud with respect to All American Pet Company, we the jury find the defendant:

    Guilty __✓__          Not Guilty _____

[If, but only if, you find the defendant guilty of Count One and/or Count Two, answer the question on Count 3. Otherwise, leave that question blank and proceed to Count 4.]

**Count 3: Aggravated Identity Theft**

On Count Three, the charge of aggravated identity theft, we the jury find the defendant:

Guilty ✓          Not Guilty _____

**Count 4: Conspiracy to Commit Securities Fraud and Wire Fraud with Respect to Starship**

On Count Four, the charge of conspiring to commit securities fraud and wire fraud with respect to Starship Snacks Corp., we the jury find the defendant:

Guilty ✓          Not Guilty _____

**Count 5: Securities Fraud with Respect to Starship**

On Count Five, the charge of substantive securities fraud with respect to Starship Snacks Corp., we the jury find the defendant:

Guilty ✓          Not Guilty _____

**Count 6: Wire Fraud with Respect to Starship**

On Count Six, the charge of substantive wire fraud with respect to Starship Snacks Corp., we the jury find the defendant:

Guilty ✓          Not Guilty _____

[Please recall that there is no Count Seven.]

**Count 8: Illegally Transferring a Firearm to an Out-of-State Resident**

On Count Eight, the charge of illegally transferring a firearm to an out-of-state resident, we the jury find the defendant:

Guilty ✓          Not Guilty _____

Date: _____8/13/19_____                               _____

                                                              FOREPERSON